District Judge Ronald B. Leighton
Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. MC08-5003RBL-JKA |
| Petitioner, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | UNITED STATES' WITHDRAWAL OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES |
| STEVEN R. SHELLEY, | ) | |
| Respondent. | ) | |

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summonses; the United States of America, being represented by its counsel, Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney; it is hereby

//
//
//
//
//

[PROPOSED] ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONSES - 1
[MC08-5003-RBL-JKA]

//

ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summonses is GRANTED. The above-captioned case is hereby DISMISSED.

DATED this 3rd of October, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry
this 3rd day of October, 2008.

**/s/ J. Kelley Arnold**
J. KELLEY ARNOLD
United States Magistrate Judge

Presented by:

/s/ Kristin B. Johnson
Kristin B. Johnson, WSBA #28189
Assistant United States Attorney

[PROPOSED] ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONSES - 2
[MC08-5003-RBL-JKA]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970